UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

JANA JONES,

    Plaintiff,

vs.

NANCY BERRYHILL,

Acting Commissioner, Social Security Administration,

    Defendant.

3:18-CV-00488-MK

ORDER AWARDING ATTORNEY FEES

PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $4,265.76 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Brian Scott Wayson, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

    DATED this __27th__ day of _____June_____, 2019.

                              s/ Mustafa T. Kasubhai_____
                              Mustafa T. Kasubhai
                              United States Magistrate Judge

ORDER AWARDING EAJA ATTORNEY FEES
3:18-CV-00488-MK